NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

BOURDEAU BROS., INC.,
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

DEERE & COMPANY,
*Intervenor.*

---

2012-1262

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-487.

---

## ON MOTION

---

## ORDER

Upon consideration of Deere & Company's unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

APR 0 6 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David P. Miranda, Esq.
　　Mark B. Rees, Esq.
　　Bassam N. Ibrahim, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**APR 0 6 2012**

**JAN HORBALY**
**CLERK**